**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **INDICTMENT NO. CR220 043** |
| | ) |
| **v.** | ) **18 U.S.C. § 844(e)** |
| | ) **Willful Threat to Kill Using Fire** |
| **BENJAMIN STASKO** | ) **or Explosive** |
| | ) |
| | ) **18 U.S.C. § 875(c)** |
| | ) **Interstate Transmission of a** |
| | ) **Threat to Injure** |

CLERK SO. DIST. OF GA.

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Willful Threat to Kill Using Fire or Explosive*
*18 U.S.C. § 844(e)*

On or about July 6, 2020, in Glynn County and elsewhere, within the Southern District of Georgia, the defendant,

**BENJAMIN STASKO,**

through the use of a telephone or other instrument of interstate or foreign commerce knowingly and willfully made a threat to kill, injure, or intimidate others and to unlawfully damage or destroy a building and other real or personal property, to wit: Ted Weiss Federal Building, located at 290 Broadway, New York, New York 10007, by means of fire or explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT TWO

*Interstate Transmission of a Threat to Injure*
*18 U.S.C. § 875(c)*

On or about July 6, 2020, in Glynn County and elsewhere, within the Southern District of Georgia, the defendant,

**BENJAMIN STASKO,**

did knowingly transmit in interstate and foreign commerce from Glynn County, State of Georgia, to the State of New York, a communication, to wit: an online bomb threat directed toward the Internal Revenue Service located inside the Ted Weiss Federal Building at 290 Broadway, New York, New York, 10007, with a threat to kill, injure, or intimidate others by detonating a highly explosive pipe bomb.

All in violation of Title 18, United States Code, Section 875(c).

A True Bill.

David H. Estes
United States Attorney

Joshua S. Bearden
Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division