Case 2:20-mj-00016-BWC Document 35 Filed 08/04/20 Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NO. 2:20-mj-16 |
| BENJAMIN STASKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF INSANITY DEFENSE**

COMES NOW the Defendant, through Counsel, and gives notice pursuant to Fed. R. Crim. P. 12.2(a) that defendant intends to rely upon the defense of Insanity at the time of the offense charged in the Complaint.

Respectfully submitted this 4th day of August, 2020.

/s/Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant

Scott G. Reddock
Attorney at Law, LLC
111 West Court St.
Suite B
Hinesville, Georgia 31313
Phone: (912) 332-7077
Fax: (912) 332-7179

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NO. 2:20-mj-16 |
| BENJAMIN STASKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties including opposing counsel listed below in this case with the foregoing pleading in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court:

Joshua Bearden
Assistant United States Attorney

Respectfully submitted this 4th day of August, 2020.

/s/ Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant

Scott G. Reddock
Attorney at Law, LLC
111 West Court St. Suite B
Hinesville, Georgia 31313
Phone: (912) 332-7077
Fax: (912) 332-7179