**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**DEFENSE COUNSEL'S STATUS REPORT REGARDING**

**PSYCHIATRIC EXAMINATION OF DEFENDANT**

COMES NOW, undersigned counsel for Defendant BENJAMIN STASKO, in accordance with the order issued by this Court on August 21, 2020 (Doc. 16) and hereby submits this status report on the psychiatric examination of the Defendant.

The Defendant has been assigned to the Federal Medical Center in Lexington, Kentucky, and at the present time is in the process of being transported to said facility.

Respectfully submitted this 21st day of September, 2020.

/s/Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant

111 West Court St. Suite B
Hinesville, Georgia 31313
Phone: (912) 332-7077
Fax: (912) 332-7179

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties including opposing counsel listed below in this case with the foregoing pleading in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court:

Joshua Bearden
Assistant United States Attorney

Respectfully submitted this 21st day of September, 2020.

/s/ Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant