**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**DEFENSE COUNSEL'S SECOND STATUS REPORT REGARDING PSYCHIATRIC EXAMINATION OF DEFENDANT**

COMES NOW, undersigned counsel for Defendant BENJAMIN STASKO, in accordance with the text order issued by this Court on September 22, 2020 (Doc. 19) and hereby submits this status report on the psychiatric examination of the Defendant.

The Defendant is currently being examined at the Federal Medical Center in Lexington, Kentucky, with said examination expected to be completed by December 11, 2020, with a report on said examination to be made available to the Court by January 8, 2021.

Respectfully submitted this 20th day of October, 2020.

/s/Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

# CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties including opposing counsel listed below in this case with the foregoing pleading in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court:

Joshua Bearden
Assistant United States Attorney

Respectfully submitted this 20th day of October, 2020.

/s/ Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant
111 West Court St. Suite B
Hinesville, Georgia 31313
Phone: (912) 332-7077
Fax: (912) 332-7179