**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

---

**DEFENSE COUNSEL'S FIRST STATUS REPORT REGARDING PSYCHIATRIC TREATMENT OF DEFENDANT**

COMES NOW, undersigned counsel for Defendant BENJAMIN STASKO, in accordance with the order issued by this Court on February 9, 2021 (Doc. 33) and hereby submits this status report on the psychiatric treatment of the Defendant.

Defendant's counsel conferred with Mr. Stasko by phone on March 11, 2021. The Defendant is currently housed at Ware County jail, as he has been since returning to Georgia after his evaluation period in Kentucky. Since this Court's order was issued, no one has visited or consulted with Mr. Stasko in effectuation of the order, and therefore the treatment process has not yet begun.

Respectfully submitted this 11th day of March, 2021.

/s/Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties including opposing counsel listed below in this case with the foregoing pleading in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court:

Joshua Bearden
Assistant United States Attorney

Respectfully submitted this 11th day of March, 2021.

/s/ Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant
111 West Court St. Suite B
Hinesville, Georgia 31313
Phone: (912) 332-7077
Fax: (912) 332-7179