**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**FIRST JOINT STATUS REPORT REGARDING**

**PSYCHIATRIC TREATMENT OF DEFENDANT**

COME NOW, counsel for Defendant BENJAMIN STASKO and Assistant United States Attorney on behalf of the Government, in accordance with the order issued by this Court on March 12, 2021 (Doc. 35) and hereby submit this joint status report on the psychiatric treatment of the Defendant.

According to the United States Marshals' records, the Defendant is still currently housed at Ware County jail awaiting transportation to the United States Medical Center for Federal Prisoners in Springfield, Missouri by the Justice Prisoner and Alien Transportation System (JPATS). Due to this continuing delay, the Parties will confer as to the appropriateness of filing a petition requesting that Mr. Stasko's transportation be handled by the local Marshal's office.

Respectfully submitted this 9th day of April, 2021.

/s/ Joshua Bearden
Assistant United States Attorney
Southern District of Georgia

/s/Scott G. Reddock
Scott G. Reddock
Attorney for the Defendant