**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

---

**SECOND JOINT STATUS REPORT REGARDING**

**PSYCHIATRIC TREATMENT OF DEFENDANT**

COME NOW, counsel for Defendant BENJAMIN STASKO and Assistant United States Attorney on behalf of the Government, in accordance with the order issued by this Court on March 12, 2021 (Doc. 35) and hereby submit this joint status report on the psychiatric treatment of the Defendant.

According to the United States Marshals' records, the Defendant is still currently housed at Ware County jail awaiting transportation to the United States Medical Center for Federal Prisoners (USMCFP) in Springfield, Missouri by the Justice Prisoner and Alien Transportation System (JPATS). On May 12, 2021, the Parties received correspondence from the psychology secretary at USMCFP confirming Mr. Stasko's designation for evaluation and treatment at that facility and requesting relevant documents. According to this same correspondence, the actual date of Mr. Stasko's arrival to USMCFP Springfield for his evaluation to begin is still unknown.

Respectfully submitted this 12th day of May, 2021.

/s/ Joshua Bearden
Assistant United States Attorney
Southern District of Georgia

/s/Scott G. Reddock
Scott G. Reddock
Attorney for the Defendant