**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

---

**THIRD JOINT STATUS REPORT REGARDING**

**PSYCHIATRIC TREATMENT OF DEFENDANT**

COME NOW, counsel for Defendant BENJAMIN STASKO and Assistant United States Attorney on behalf of the Government, in accordance with the order issued by this Court on March 12, 2021 (Doc. 35) and hereby submit this joint status report on the psychiatric treatment of the Defendant.

According to the United States Marshals' records, the Defendant is currently housed at Baker County Detention Center in Florida awaiting transportation to the United States Medical Center for Federal Prisoners in Springfield, Missouri, presumably when bed-space becomes available at that facility.

Respectfully submitted this 6th day of July, 2021.

/s/ Joshua Bearden
Assistant United States Attorney
Southern District of Georgia

/s/Scott G. Reddock
Scott G. Reddock
Attorney for the Defendant