**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**FOURTH JOINT STATUS REPORT REGARDING**

**PSYCHIATRIC TREATMENT OF DEFENDANT**

COME NOW, counsel for Defendant BENJAMIN STASKO and Assistant United States Attorney on behalf of the Government, in accordance with the order issued by this Court on March 12, 2021 (Doc. 35) and hereby submit this joint status report on the psychiatric treatment of the Defendant.

According to the psychology secretary at the United States Medical Center for Federal Prisoners in Springfield, Missouri, the Defendant arrived at that facility on July 14, 2021, and is currently undergoing treatment.

Respectfully submitted this 5th day of August, 2021.

/s/ Joshua Bearden
Assistant United States Attorney
Southern District of Georgia

/s/Scott G. Reddock
Scott G. Reddock
Attorney for the Defendant