**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA )
)
V. ) Case No.: 2:20-cr-43
)
BENJAMIN STASKO )

## STIPULATION

COME NOW, counsel for Defendant BENJAMIN STASKO and Assistant United States Attorney Joshua Bearden on behalf of the Government, in accordance with the order issued by this Court on December 20, 2021 (Doc. 50) and hereby submit this joint stipulation on the psychiatric treatment of the Defendant:

1. The Defendant was committed to the United States Medical Center for Federal Prisoners in Springfield, Missouri, on July 14, 2021, for purposes of competency restoration pursuant to an order from this Court.

2. The Defendant was evaluated from that date until November 14, 2021, and a report completed on November 29, 2021. Thereafter, this report was filed with the Court on December 17, 2021, with copies made available to the Parties (Doc. 49).

3. The Parties have no objections to the Report's evaluation procedures, evaluation course, behavioral observations, and mental status, psychological testing, clinical formulation

and diagnostic impression, opinion regarding competency to proceed, and prognosis regarding competency to proceed

4. The Parties stipulate to the Report's findings concerning Defendant's mental disease or defect and specifically agree that the findings are true, accurate, and need not be proven by any further evidence, and may be considered by the Court as true and accurate.

5. The Parties stipulate to the Report's findings concerning Defendant's competency to proceed and specifically agree that the findings are true, accurate, and need not be proven by any further evidence, and may be considered by the Court as true and accurate.

6. The Parties stipulate that Defendant, at the present, does not suffer from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. The Parties further stipulate that Defendant is currently competent to proceed.

7. As for the Parties' respective positions as to the utility of having the Defendant evaluated on the issue of his sanity at the time of the alleged offense, the Parties share an expectation that this case will be resolved shortly after the Defendant returns to the Southern District of Georgia, whenever that may be. However, out of an abundance of caution given the circumstances of this case, and because the Defendant is still in the care and custody of the United States Medical Center for Federal Prisoners where he can be readily evaluated, the Parties respectfully and jointly request that the Defendant be evaluated as to his sanity at the time of the alleged offense.

Respectfully submitted this 27th day of December, 2021.

/s/ Joshua Bearden
Assistant United States Attorney
Southern District of Georgia

/s/Scott G. Reddock
Scott G. Reddock
Attorney for the Defendant