**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:20-cr-43 |
| | ) | |
| BENJAMIN STASKO | ) | |

**CONSENT MOTION FOR BOND**

COMES NOW the Defendant, BENJAMIN STASKO, by and through his counsel of record, pursuant to the provisions of 18 U.S.C. § 3142, and files this Consent Application for Bond and shows the Court as follows:

1. The Defendant, since August 2020, has been in the process of psychiatric evaluation and treatment as to the issue of his competence to stand trial. This process has been fraught with months of delay in the transportation of the Defendant between the Southern District of Georgia and two different Federal Bureau of Prison hospitals, primarily due to the COVID-19 pandemic. At the end of this process, a forensic psychological report was issued finding that the Defendant's competence to stand trial was restored.

2. At a competency hearing held before this Court on January 4, 2022, the parties stipulated to the findings and opinions of this report, including its conclusion that the Defendant was competent to proceed to trial.

3. However, the parties have agreed, due to the protracted nature of this case, and with an eye toward possibly resolving the case in the near future, that release on bond would be appropriate for the Defendant at this time.

4. If granted bond by this Court, the Defendant agrees to comply with all standard conditions of bond. Importantly, the Defendant agrees to enter into, and comply with, any outpatient or inpatient mental health treatment program indicated for his treatment. The Defendant agrees to contact Gateway Behavioral Health Services in Brunswick, Georgia, within twenty-four (24) hours of his release to schedule an initial consultation. The Defendant agrees to take any medications that may be recommended and prescribed by a mental health professional for treatment of a mental health condition.

5. Defense counsel has conferred with the Defendant's parents, Albert and Michelle Stasko, who have agreed to allow the Defendant to reside with them while he is out of bond and are willing to testify to the same at any hearing held on this Motion.

6. The Defendant's compliance with all conditions of bond set by this Court will be reviewed after ninety (90) days with a consideration for final resolution of this case at that time.

7. Defense counsel has conferred with the Government as to the conditions outlined above, and the Government has stated that it has no objection to the Defendant's release on bond according to these conditions.

Respectfully submitted this 10th day of January, 2022.

/s/ Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant
111 West Court St.
Hinesville, Georgia 31313
Phone: (912) 332-7077
Fax: (912) 332-7179

**CERTIFICATE OF SERVICE**

Comes now the undersigned and certifies that all counsel in the above captioned matter have been served with the foregoing by electronic filing.

This the 10th day of January, 2022.

/s/Scott G. Reddock
Scott G. Reddock
Georgia Bar No. 476162
Attorney for the Defendant