# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## BRUNSWICK DIVISION

CHANGE OF PLEA IN USA v. Benjamin Stasko

CRIMINAL NO. CR220-43 AT Brunswick, GA

______________________________ .

************************************************

WITH CONSENT OF THE COURT, THE

DEFENDANT Benjamin Stasko, HAVING

PREVIOUSLY ENTERED A PLEA OF Not Guilty,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF Guilty TO Count two (2)

IN THE INDICTMENT.

THIS 1st DAY OF June, 2022.

NOLLE PROSSE AS

TO COUNT(S) __________

[signature]

Benjamin Stasko DEFENDANT

[signature]

COUNSEL FOR DEFENDANT

Scott Reddock