CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:23−mj−00401−CMS All Defendants

| | |
|---|---|
| Case title: USA v. Stasko | Date Filed: 04/26/2023 |
| Other court case number: 2:20−cr−043−LGW−BWC Southern District of Georgia, Brunswick Division | Date Terminated: 04/26/2023 |

Assigned to: Magistrate Judge Catherine M. Salinas

**Defendant (1)**

**Benjamin Stasko**
*TERMINATED: 04/26/2023*

represented by **Ashley R. Martin**
Federal Defender Program
101 Marietta Street Northwest
Suite 1500
Atlanta, GA 30303
404−688−7530
Email: Ashley_Martin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michelle Tatum McIntyre**
Federal Defender Program, Inc.
101 Marietta Street NW
Ste 1500
Atlanta, GA 30303
404−688−7530
Email: michelle_mcintyre@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3148.F | |

---

**Plaintiff**

**USA** represented by **Gregory E. Radics**
Office of the United States Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6265
Fax: 404−581−6181
Email: gregory.radics@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/26/2023 | | | Arrest (Rule 40) of Benjamin Stasko. (lwb) (Entered: 04/27/2023) |
| 04/26/2023 | 1 | | Minute Entry for proceedings held before Magistrate Judge Catherine M. Salinas: Initial Appearance in Rule 5(c)(3) Proceedings as to Benjamin Stasko held on 4/26/2023. Defendant waives Preliminary Hearing. Waiver filed. Detention Hearing held. Order appointing federal defender entered. Defendant ordered removed to other district. Commitment issued on 4/26/2023. Detention hearing requested in charging district. (Attachments: # 1 Arrest Warrant, # 2 Petition for Warrant) (Tape #FTR) (lwb) (Entered: 04/27/2023) |
| 04/26/2023 | 2 | | CJA 23 Financial Affidavit by Benjamin Stasko. (lwb) (Entered: 04/27/2023) |
| 04/26/2023 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Ashley Martin as to Benjamin Stasko. Signed by Magistrate Judge Catherine M. Salinas on April 26, 2023. (lwb) (Entered: 04/27/2023) |
| 04/26/2023 | 4 | | WAIVER of Rule 5 & 5.1 Hearings by Benjamin Stasko. (lwb) (Entered: 04/27/2023) |
| 04/26/2023 | 5 | | Government MOTION for Detention Pending Final Revocation Hearing by USA as to Benjamin Stasko. (lwb) (Entered: 04/27/2023) |

| | | | |
|---|---|---|---|
| 04/26/2023 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Benjamin Stasko. Defendant committed to District of Southern District of GA, Brunswick Division. Signed by Magistrate Judge Catherine M. Salinas on April 26, 2023. (lwb) (Entered: 04/27/2023) |
| 04/26/2023 | | | Magistrate Case Closed. Defendant Benjamin Stasko terminated. (lwb) (Entered: 04/27/2023) |

MIME−Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
−−Case Participants: Ashley R. Martin (amberly_cania@fd.org, ashley_martin@fd.org), Gregory E. Radics (caseview.ecf@usdoj.gov, geraldine.curry−davis@usdoj.gov, gregory.radics@usdoj.gov, usagan.criminaldocketing−courtnotices@usdoj.gov), Magistrate Judge Catherine M. Salinas (angela_l_smith@gand.uscourts.gov, catherine_m_salinas@gand.uscourts.gov, ganddb_efile_cms@gand.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:13224785@gand.uscourts.gov
Subject:Activity in Case 1:23−mj−00401−CMS USA v. Stasko Arrest − Rule 40
Content−Type: text/html

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 4/27/2023 at 2:56 PM EDT and filed on 4/26/2023

| | |
|---|---|
| **Case Name:** | USA v. Stasko |
| **Case Number:** | 1:23−mj−00401−CMS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 40) of Benjamin Stasko. (lwb)**

**1:23−mj−00401−CMS−1 Notice has been electronically mailed to:**

Ashley R. Martin     Ashley_Martin@fd.org, amberly_cania@fd.org

Gregory E. Radics     gregory.radics@usdoj.gov, CaseView.ECF@usdoj.gov, Geraldine.Curry−Davis@usdoj.gov, USAGAN.CriminalDocketing−CourtNotices@usdoj.gov

**1:23−mj−00401−CMS−1 Notice has been delivered by other means to:**

**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 5 & 5.1)**

**FILED IN OPEN COURT**

DATE : 4/26/23 @ 1:44

TAPE : FTR TIME IN COURT: 9 mins

MAGISTRATE CATHERINE M. SALINAS

ANGELA SMITH DEPUTY CLERK

CASE NUMBER 1:23-mj-401

DEFENDANT'S NAME Benjamin Stasko

AUSA Greg Radics

DEFENDANT'S ATTY Michelle McIntyre

Type Counsel (circle) Retained CJA (FDP) [circled]

USPO Taiyana Brady

__________ Interpreter

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing __________ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: __________

✓ Defendant WAIVES removal hearing (as to identity only). ✓ WAIVER FILED.
___ Defendant WAIVES preliminary hearing (___ In this district only). ___ WAIVER FILED.
___ Removal hearing set/reset/cont to __________ @ __________
___ Removal hearing HELD. ___ Probable Cause found. Defendant held for removal.
___ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
✓ Defendant ordered removed to other district.
✓ Commitment issued 4/26/23

**BOND/PRETRIAL DETENTION HEARING**

___ Government motion for detention filed. Hearing set for __________ @ __________
___ BOND/PRETRIAL DETENTION HEARING HELD ✓ Requested in charging district.
___ Government's motion for detention ___ GRANTED ___ DENIED
___ Pretrial detention ORDERED. (Written order to follow ___).
___ BOND SET at $__________

___ NON-SURETY
___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
___ Combination: __________

___ SPECIAL CONDITIONS: __________

___ BOND FILED. Defendant RELEASED.
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
___ SEE PAGE 2

GAS 442 (Rev. 07/17) Arrest Warrant

# UNITED STATES DISTRICT COURT

2:00 1730

for the

Southern District of Georgia

United States of America
v.

Benjamin Stasko
*Defendant*

Case No. 2:20CR00043-1

FID#. 23589-021

1:23mj401

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Benjamin Stasko,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: 02/14/2023

James R. Burrell
*Issuing officer's signature*

City and state: Savannah, GA

James R. Burrell, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 04/25/2023, and the person was arrested on *(date)* 04/26/2023 at *(city and state)* Dekalb GA.

Date: 04/26/2023

*Arresting officer's signature*

DAE Dusan
*Printed name and title*

PROB 12C
(08/22)

**UNITED STATES DISTRICT COURT**
**for the**
**Southern District of Georgia**
**Brunswick Division**

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Benjamin Stasko | Case Number: 2:20CR00043-1 |
| Name of Sentencing Judicial Officer: | Honorable Lisa Godbey Wood<br>United States District Judge |
| Date of Original Sentence: | August 11, 2022 |
| Original Offense: | Interstate transmission of a threat to injure |
| Original Sentence: | Time served (650 days); 3 years supervised release; and $100 special assessment |
| Type of Supervision: | Supervised Release |
| Date Current Supervision Commenced: | August 11, 2022 |
| Assistant U.S. Attorney: | Patricia Rhodes |
| Defense Attorney: | Scott G. Reddock |

---

**PETITIONING THE COURT**

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition – You must refrain from any unlawful use of a controlled substance.** On September 23, 2022, Benjamin Stasko submitted a urine specimen which field-tested positive for the presence of methamphetamine. He subsequently admitted that he used said substance on September 19, 2022. |
| 2 | **Standard Condition – You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.** On November 29, 2022, this officer attempted to conduct a home visit with Benjamin |

Stasko at his residence of record; however, there didn't appear to be anyone home, so a business card was placed on the front door with instructions for him to call this officer. This officer then attempted to conduct a field visit at his place of employment this date, but they reported that Stasko no longer worked there.

On November 30, 2022, U.S. Probation Officer Tim Williams attempted to conduct a home visit with Stasko at his residence of record, but no one appeared to be home. Officer Williams did note that the business card which had been placed on the front door the previous day was no longer there.

On December 14, 2022, Albert Stasko, father of Benjamin Stasko, sent this officer an email to report that his son showed up at his residence and stated he had been homeless in Atlanta, Georgia. This officer requested that he instruct his son to call this officer immediately. In addition, this officer obtained Benjamin Stasko's phone number from his father and attempted to reach him by phone; however, those attempts were unsuccessful. Albert Stasko reported that he did instruct his son to contact this officer immediately and he also stated that Benjamin is no longer welcome at his residence.

On December 28, 2022, this officer sent a letter to Benjamin Stasko's residence of record instructing him to report to the United States Probation Office on January 9, 2022, at 9:30 a.m. He failed to report as instructed.

Beginning in late November 2022, this officer made multiple attempts to contact Stasko and all were unsuccessful. At this time, his whereabouts are unknown.

3 **Standard Condition – You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.** On January 19, 2023, the Dekalb County Police Department received a call concerning an individual in a Big Lots store parking lot talking to himself. Officers went to the location and made contact with Benjamin Stasko. The officers subsequently checked his criminal history in the national database, but no arrest was made. At no time did Stasko receive permission to be outside the Southern District of Georgia.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for year(s), for a total term of years.

Respectfully submitted,

Kyle P. Grimes
United States Probation Officer
Date: January 20, 2023

Reviewed by:

Brad C. Chapman
Supervisory United States Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

Feb 14, 2023
Date

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 26 2023

Kevin P. Weimer, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENJAMIN STASKO,

Defendant.

CASE NO. 1:23-MJ-401

**ORDER APPOINTING COUNSEL**

Ashely Martin

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 26th day of April, 2023.

Catherine Salinas

**UNITED STATES MAGISTRATE JUDGE**

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. Atlanta
APR 26 2023
Kevin P. Weimer, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

BENJAMIN STASKO
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:23-MJ-401

CHARGING DISTRICTS CASE NUMBER: 2:20CR00043-1

I understand that charges are pending in the Southern District of Georgia alleging violation of Supervised Release Violation (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

**(1)** **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

**(2)** **an identity hearing to determine whether I am the person named in the charges;**

**(3)** **a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and**

**(4)** **Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

**( ) identity hearing**

**( ) preliminary hearing**

**( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

*Defendant*

4/26/23
*Date*

*Defense Counsel*

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 26 2023

Kevin P. Weimer, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Benjamin STASKO

1:23-MJ-401

**Government's Motion for Detention Pending Final Revocation Hearing**

The United States of America moves the Court, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), to detain the defendant in the custody of the U.S. Marshal pending a final revocation hearing on violation(s) of defendant's supervised release supervised release or probation. The Court should detain the defendant unless the defendant establishes by clear and convincing evidence that he or she is: 1) not likely to flee; and 2) not likely to pose a danger to the safety of any other person or to the community.

A final revocation hearing ☑ has not yet been scheduled; or ☐ is set for __________.

**Additional Information**

Dated: 4/26, 2023

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney

[signature]

GREGORY E. RADICS
Assistant United States Attorney
Ga. Bar No. 591724

75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

**Certificate of Service**

The undersigned today served this document by hand on defense counsel:

4/26, 2023 Melissa McGrane

/s/ GREGORY E. RADICS

FILED IN OPEN COURT
U.S.D.C. Atlanta
APR 26 2023
Kevin P. Weimer, Clerk
By: [signature] Deputy Clerk

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.

BENJAMIN STASKO

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:20CR00043-1 | 1:23-MJ-401 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify) Supervised release violation

**charging a violation of** **U.S.C. §**

**DISTRICT OF OFFENSE**
Southern District of Georgia

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify) We did not have a detention hearing in ATL.

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/26/23 — Date

Catherine Salinas — Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

MIME−Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
−−Case Participants: Ashley R. Martin (amberly_cania@fd.org, ashley_martin@fd.org), Michelle Tatum McIntyre (hilary_dixon@fd.org, michelle_mcintyre@fd.org), Gregory E. Radics (caseview.ecf@usdoj.gov, geraldine.curry−davis@usdoj.gov, gregory.radics@usdoj.gov, usagan.criminaldocketing−courtnotices@usdoj.gov), Magistrate Judge Catherine M. Salinas (angela_l_smith@gand.uscourts.gov, catherine_m_salinas@gand.uscourts.gov, ganddb_efile_cms@gand.uscourts.gov)
−−Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
−−No Notice Sent:

Message−Id:13224935@gand.uscourts.gov
Subject:Activity in Case 1:23−mj−00401−CMS USA v. Stasko Termination of Magistrate Case
Content−Type: text/html

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 4/27/2023 at 3:14 PM EDT and filed on 4/26/2023

| | |
|---|---|
| **Case Name:** | USA v. Stasko |
| **Case Number:** | 1:23−mj−00401−CMS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Magistrate Case Closed. Defendant Benjamin Stasko terminated. (lwb)**

**1:23−mj−00401−CMS−1 Notice has been electronically mailed to:**

Ashley R. Martin     Ashley_Martin@fd.org, amberly_cania@fd.org

Gregory E. Radics     gregory.radics@usdoj.gov, CaseView.ECF@usdoj.gov, Geraldine.Curry−Davis@usdoj.gov, USAGAN.CriminalDocketing−CourtNotices@usdoj.gov

Michelle Tatum McIntyre     michelle_mcintyre@fd.org, hilary_dixon@fd.org

**1:23−mj−00401−CMS−1 Notice has been delivered by other means to:**