UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:20-cr-043 |
| v. | ) | |
| | ) | |
| BENJAMIN STASKO | ) | |

## STIPULATION REGARDING VIOLATION OF SUPERVISION CONDITIONS

The United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and Assistant United States Attorney Frank M. Pennington, II, the Defendant, Maurice Jackson, and counsel for the Defendant, Scott G. Reddock, Esq., stipulate and agree as follows:

1. On February 14, 2023, a Petition for Warrant for Offender Under Supervision was filed alleging 3 violations of standard and mandatory conditions of supervised release. Doc. 94.

2. On May 15, 2023, Defendant appeared for his Preliminary Hearing and Detention hearing before Judge Benjamin W. Cheesbro. At that time, Defendant waived his Preliminary Hearing and Detention hearing; and was remanded to custody pending the Final Revocation Hearing. Doc. 103.

3. The parties agree that the Government can prove by a preponderance of the evidence that the Defendant committed Violations 1 through 3.

4. Neither the Government nor the Defendant will present any further evidence of these violations at the Final Revocation Hearing as the parties agree the Court can find by the preponderance of the evidence that the Defendant violated such conditions of supervised release. *See* 18 U.S.C. § 3583(e)(3).

Respectfully submitted,

5/25/23
Date

Scott G. Reddock
Counsel for Defendant

Benjamin Stasko WEP
Benjamin Stasko
Defendant

*/s/Frank M. Pennington, II*
Frank M. Pennington, II
Assistant United States Attorney